IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANKLIN SEARS                                                                                           PLAINTIFF

v.                                          Case No. 6:19-cv-6059

CITY OF HOT SPRINGS, ARKANSAS
and HOT SPRINGS POLICE DEPARTMENT                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss his action against Defendants with Prejudice. ECF No. 16. Defendants filed a response in support. ECF No. 17. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Procedure 41(a)(2), Plaintiff's Complaint against Defendants is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of July, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge